Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED<br><br>Plaintiff(s),<br><br>v.<br><br>INTEL CORPORATION<br><br>Defendant(s). | Case No: 12CV4413 DMR<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, DAVID FINK, an active member in good standing of the bar of NEW YORK, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: FUZZYSHARP TECHNOLOGIES INC. in the above-entitled action. My local co-counsel in this case is DUNCAN M. MCNEILL, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>David Fink, Esq., Fink & Johnson,<br>7519 Apache Plume, Houston, TX 77071 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Duncan M. McNeill, Esq., 1514 Van Dyke Ave.,<br>San Francisco, CA 94124 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(713) 729-4991 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 994-2295 |
| MY EMAIL ADDRESS OF RECORD:<br>texascowboy6@gmail.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>dmcneill@netzero.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1252360.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/14/12

David Fink
APPLICANT

# ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of DAVID FINK is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

~~UNITED STATES DISTRICT~~/MAGISTRATE JUDGE
Donna M. Ryu

PRO HAC VICE APPLICATION & ORDER

August 2012