David Fink (*Admitted Pro Hac Vice*)
FINK & JOHNSON
7519 Apache Plume
Houston, TX 77071
Telephone: (713) 729-4991
Facsimile: (713) 729-4951

Duncan M. McNeill
1514 Van Dyke Avenue
San Francisco, CA 94124
Tel.: (650) 994-2295
Fax: (650) 994-2297
dmcneill1@netzero.com
Fed. Bar No. 136416

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| FUZZYSHARP TECHNOLOGIES INCORPORATED, | Civil Action No. 12-CV-4413 YGR |
|---|---|
| Plaintiff, | |
| vs. | **PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PARTIES PURSUANT TO CIVIL L.R. 3-16** |
| INTEL CORPORATION, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that FuzzySharp Technologies Inc. as of this date, has no other parties to report on behalf of itself.

December 3, 2012          /s/ David Fink

                                        David Fink
                                        Attorney for Plaintiff and Counterclaim Defendant
                                        FUZZYSHARP TECHNOLOGIES INCORPORATED,

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document is being served on all parties by filing with the clerk of the Court for the Northern District of California using the CM/ECF system on December 3, 2012.

By: /s/ David Fink
David Fink

Civil Action No. 12-CV-4413 YGR
**PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PARTIES PURSUANT TO CIVIL L.R. 3-16**