UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES, INCORPORATED,<br><br>                Plaintiff,<br>       vs.<br><br>INTEL CORPORATION,<br><br>                Defendants. | Case No.: 12-CV-4413 YGR<br><br>[PROPOSED] CASE MANAGEMENT ORDER<br><br>**Judge: Hon. Yvonne Gonzalez Rogers** |

A Case Management Conference was held on February 25, 2013, and the Court hereby **ENTERS** the Case Management Order as follows:

| Party | Item | Due Date |
|---|---|---|
| All | Complete Rule 26(f) Meet and Confer (re: Initial Disclosures, Discovery, ADR Process, Early Settlement) | February 4, 2013 |
| All | File 26(f) Report; File Joint Case Management Statement and Proposed Order | February 18, 2013 |
| All | Case Management Conference | February 25, 2013 |
| FuzzySharp | Disclosure of Asserted Claims and Infringement Contentions (With Accompanying Doc Production) Patent L.R. 3-1 and 3-2 | March 11, 2013 |
| Intel | Invalidity Contentions (With Accompanying Doc Production) Patent L.R. 3-3 and 3-4 | April 25, 2013 (45 days after Infringement Contentions) |
| All | Exchange of Proposed Terms for Construction Patent L.R. 4-1 | May 9, 2013 (14 days after Invalidity Contentions) |

| Party | Item | Due Date |
|---|---|---|
| All | Exchange of Preliminary Claim Constructions and Extrinsic Evidence Patent L.R. 4-2 | May 30, 2013 (21 days after Exchange of Proposed Terms for Construction) |
| All | Joint Claim Construction and Pre-Hearing Statement Due Patent L.R. 4-3 | June 24, 2013 |
| All | Claim Construction Discovery Deadline Patent L.R. 4-4 | July 25, 2013 (31 days after JCC) |
| FuzzySharp | Claim Construction Opening Brief Patent L.R. 4-5(a) | August 9, 2013 |
| Intel | Claim Construction Opposition Brief Patent L.R. 4-5(b) | August 23, 2013 (14 days after service of Opening Brief) |
| FuzzySharp | Claim Construction Reply Brief Patent L.R. 4-5(c) | September 2, 2013 (8 days after service of responsive brief) |
| All | Tutorial | **October 2, 2013 at 2:00 p.m.** |
| All | Exchange exhibits for Claim Construction Hearing | October 8, 2013 |
| All | Claim Construction Hearing Patent L.R. 4-6 | **October 9, 2013 at 2:00 p.m.** |

The Court **FURTHER ORDERS** that the parties supplement the process of identifying the claims terms to be construed. For each claim, each party shall identify with specificity the intended impact of the proposed constructions on the merits of the case and exchange the same. The Joint Claim Construction Statement shall include each party's impact statement for each claim to be construed.

**IT IS SO ORDERED.**

Dated: March 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**