United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FUZZYSHARP TECHNOLOGIES INC.,** | Case No.: **12-CV-04413 YGR** |
| **Plaintiff,** | **ORDER VACATING JUNE 4, 2013 MOTION HEARING** |
| **vs.** | |
| **INTEL CORPORATION,** | |
| **Defendant.** | |

The June 4, 2013 hearing on Defendant Intel Corporation's Motion for Summary Judgment is **VACATED** and **CONTINUED** until further notice of the Court.

**IT IS SO ORDERED**.

**Date: May 31, 2013**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**