**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FUZZYSHARP TECHNOLOGIES INC.,** | Case No.: 12-CV-04413 YGR |
| Plaintiff, | **ORDER VACATING JUNE 4, 2013 MOTION HEARING** |
| vs. | |
| **INTEL CORPORATION,** | |
| Defendant. | |

The June 4, 2013 hearing on Defendant Intel Corporation's Motion for Summary Judgment is **VACATED** and **CONTINUED** until further notice of the Court.

**IT IS SO ORDERED**.

Date: May 31, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**