**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FUZZYSHARP TECHNOLOGIES INC.,**<br><br>     Plaintiff,<br><br>     vs.<br><br>**INTEL CORPORATION,**<br><br>     Defendant. | Case No.: 12-CV-04413 YGR<br><br>**ORDER CONTINUING CLAIM CONSTRUCTION HEARING, SETTING ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT AND SETTING DEADLINE FOR RESPONSIVE SUPPLEMENTAL BRIEF** |

This matter is currently set for a hearing on claims construction on October 9, 2013.  That hearing is **CONTINUED** by the Court to **October 15, 2013, at 9:00 a.m.** and **SETS** a hearing for oral argument on the pending motion for summary judgment on grounds of lack of patent eligibility under section 101 at that same time.  The parties should be prepared to address **ALL** issues at this hearing.

The Court **GRANTS** Defendant's Motion for Leave to File Second Supplemental Brief Regarding Patent Eligibility and directs Defendant to file the proposed brief, attached thereto as Exhibit A, by close of business October 3, 2013.  Plaintiff may file any written response to the Second Supplemental Brief no later than **October 9, 2013**.

This Order terminates Docket No. 66.

**IT IS SO ORDERED**.

Date: October 3, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**