# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FUZZYSHARP TECHNOLOGIES INC.**, <br><br>    Plaintiff, <br><br>    vs. <br><br> **INTEL CORPORATION**, <br><br>    Defendant. | Case No.: 12-CV-04413 YGR <br><br> **ORDER RESETTING CLAIM CONSTRUCTION HEARING AND ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT** |

On October 3, 2013, the Court issued an order resetting the hearing on the claims construction hearing and setting a time for oral argument of the pending summary motion. (Dkt. No. 67.) The Court has since been informed that the new hearing date presented a conflict for Defendant's counsel. Given the limits on the Court's availability during the month of October, and the inefficiency of delaying these hearings further, the Court hereby **RESETS** the hearing on the claims construction to the original date of **October 9, 2013 at 2:00 p.m.** and sets oral argument on the pending motion for summary judgment on grounds of lack of patent eligibility under section 101 **at that same time**. The parties should be prepared to address **ALL** issues at this hearing.

Plaintiff may still file any written response to the Second Supplemental Brief no later than close of business **October 9, 2013**, in addition to making any oral argument on the record.

**IT IS SO ORDERED**.

Date: October 4, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**