**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FUZZYSHARP TECHNOLOGIES INC.,** | Case No.: 12-CV-04413 YGR |
| Plaintiff, | **NOTICE OF ERRATA** |
| vs. | |
| **INTEL CORPORATION,** | |
| Defendant. | |

The Court gives notice that its Order Construing Claim Terms In Dispute and Granting Summary Judgment in Favor of Defendant Intel Corporation (Dkt. No. 74) contained a typographical error at 16:18-19. The sentence there will be amended to read: "Five Supreme Court cases are particularly instructive here."

An amended order with that correction will issue forthwith.

Date: November 7, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**