| | |
|---|---|
| James F. Valentine (SBN 149269) | DAVID FINK (*pro hac vice*) |
| JValentine@perkinscoie.com | texascowboy6@gmail.com |
| James C. Pistorino (SBN 226496) | 7519 Apache Plume |
| JPistorino@perkinscoie.com | Houston, TX 77071 |
| Kenneth J. Halpern (SBN 187663) | Telephone: (713) 729-4991 |
| KHalpern@perkinscoie.com | Facsimile: (713) 729-4951 |
| PERKINS COIE LLP | |
| 3150 Porter Drive | DUNCAN M. MCNEILL (SBN 136416) |
| Palo Alto, CA 94304-1212 | dmcneill1@netzero.com |
| Telephone: 650.838.4300 | 1514 Van Dyke Avenue |
| Facsimile: 650.838.4350 | San Francisco, CA 94124 |
| | Telephone: (650) 994-2295 |
| Attorneys for Defendant and Counterclaimant | Facsimile: (650) 994-2297 |
| INTEL CORPORATION | Attorneys for Plaintiff and Counter-Defendant FUZZYSHARP TECHNOLOGIES INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUZZYSHARP TECHNOLOGIES INCORPORATED,<br><br>             Plaintiff,<br><br>       v.<br><br>INTEL CORPORATION,<br><br>             Defendant. | Case No. 12-CV-4413 YGR<br><br>**STIPULATION IN SUPPORT OF INTEL CORPORATION'S ADMINISTRATIVE MOTION FOR ENTRY OF TUTORIAL AND HEARING DEMONSTRATIVES ONTO CASE DOCKET** |

On October 2, 2013, a claim construction tutorial was held in this case.  Dkt. No. 70.  On October 9, a claim construction hearing and a hearing on Intel's motion for summary judgment of invalidity on grounds of patent ineligibility were held.  Dkt. No. 71.  Each of Intel's tutorial, claim construction hearing argument, and patent ineligibility argument included a presentation of slides.  Intel's tutorial presentation also included animations.

Pursuant to the Court's November 6, 2013 order regarding claim construction and patent ineligibility (Dkt. Nos. 74-76), Intel submitted a proposed final judgment on November 14.  Dkt. No. 77.  The judgment, if entered, will be final and appealable.

The parties hereby stipulate to entry of Intel's slide presentations of October 2 and 9, 2013 onto the case docket and assignment of docket numbers thereto, and respectfully request that the Court enter an order placing those items on the docket.

Dated:  November 18, 2013         By:         /s/ James F. Valentine
                                              James F. Valentine
                                              JValentine@perkinscoie.com

                                              Attorneys for Defendant and Counterclaimant
                                              INTEL CORPORATION

Dated:  November 18, 2013         By:         /s/ David Fink
                                              David Fink
                                              texascowboy6@gmail.com

                                              Attorneys for Plaintiff and Counter-Defendant
                                              FUZZYSHARP TECHNOLOGIES
                                              INCORPORATED

I, James F. Valentine, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  November 18, 2013         By:         /s/ James F. Valentine
                                              James F. Valentine
                                              JValentine@perkinscoie.com

                                              Attorneys for Defendant and Counterclaimant
                                              INTEL CORPORATION

                                              November 19, 2013

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA