**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FUZZYSHARP TECHNOLOGIES INC.,**<br><br>     Plaintiff,<br><br>vs.<br><br>**INTEL CORPORATION,**<br><br>     Defendant. | Case No.: 12-CV-04413 YGR<br><br>**ORDER GRANTING MOTION OF PLAINTIFF FUZZYSHARP TECHNOLOGIES INCORPORATED FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL** |

On January 13, 2014, Plaintiff Fuzzysharp Technologies, Inc. filed its Motion for Extension of Time to File Notice of Appeal. (Dkt. No. 88.) Defendant Intel Corporation filed its opposition to the motion. (Dkt. No. 89.)

Having carefully considered the papers submitted in support and in opposition, the Court hereby **GRANTS** the Motion for Extension of Time. The Court has discretion, under Rule 4(a)(5)(A)(ii), to grant an extension of time to file a notice of appeal upon a showing of excusable neglect. *See Pioneer Inv. Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380 (1993). Plaintiff has offered evidence to support his argument that his failure to file a notice of appeal by the deadline of Friday, January 10, 2014, was due to his excusable neglect. Intel concedes that there is no real danger of prejudice or impact on the proceedings due to Plaintiff missing the deadline by not filing on January 10.

Thus the request for extension is **GRANTED**. Plaintiff shall file any Notice of Appeal no later than **January 27, 2014**.

This Order terminates Docket No. 88.

**IT IS SO ORDERED.**

Date: January 23, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**