NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**FUZZYSHARP TECHNOLOGIES INCORPORATED,**
*Plaintiff-Appellant*

v.

**INTEL CORPORATION,**
*Defendant-Appellee*

2014-1261

Appeal from the United States District Court for the Northern District of California in No. 4:12-cv-04413-YGR, Judge Yvonne Gonzalez Rogers.

**JUDGMENT**

DAVID FINK, Fink & Johnson, Houston, TX, argued for plaintiff-appellant.

DAN L. BAGATELL, Perkins Coie LLP, Phoenix, AZ argued for defendant-appellee. Also represented by JAMES F. VALENTINE, KENNETH J. HALPERN, Palo Alto, CA; CHRISTINA JORDAN MCCULLOUGH, Seattle, WA.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>March 9, 2015</u> | <u>/s/ Daniel E. O'Toole</u> |
| Date | Daniel E. O'Toole |
| | Clerk of Court |